IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICARDO DANIEL CASTRONUOVO )<br>)<br>v. )<br>)<br>SONY MUSIC ENTERTAINMENT, )<br>INC; SONY BMG MUSIC )<br>ENTERTAINMENT, INC.; SONY BMG )<br>MUSIC ENTERTAINMENT (US )<br>LATIN), LLC; SONY DISCOS, INC.; )<br>SONY MUSIC INTERNATIONAL; )<br>COLUMBIA RECORDS, INC.; JOSE )<br>LUIS RODRIGUEZ GONZALEZ;[1] THE )<br>ESTATE OF JUAN FERNANDO )<br>SILVETTI a/k/a "Bebu" Silvetti; BEBU )<br>MUSIC PUBLISHING; and BEBU )<br>MUSIC PRODUCTIONS, INC.[2] ) | No. 3-10-0428 |

O R D E R

At the request of counsel, the conference call scheduled on Thursday, June 12, 2014, is RESCHEDULED for **3:00 p.m., Monday, June 16, 2014**, to be initiated by counsel for the defendant.

As noticed in the order entered May 30, 2014, Docket Entry No. 105, the conference call will be held to address whether the parties have been able to reach a resolution of this case and, if not, to schedule the case for trial and to address any pre-trial scheduling matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By notice of voluntary dismissal filed on July 16, 2010 (Docket Entry No. 40), and order entered July 19, 2010 (Docket Entry No. 41), the plaintiff's claims against defendant Jose Luis Rodriguez Gonzalez were dismissed with prejudice.

[2] By stipulation filed on March 2, 2011 (Docket Entry No. 48), and order entered March 7, 2011 (Docket Entry No. 50), the Estate of Juan Fernando Silvetti a/k/a "Bebu" Silvetti, Bebu Music Publishing, and Bebu Music Productions, Inc. were dismissed as defendants in this case.