IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICARDO DANIEL CASTRONUOVO )
)
v. )
) No. 3-10-0428
SONY MUSIC ENTERTAINMENT, )
INC; SONY BMG MUSIC )
ENTERTAINMENT, INC.; SONY BMG )
MUSIC ENTERTAINMENT (US )
LATIN), LLC; SONY DISCOS, INC.; )
SONY MUSIC INTERNATIONAL; )
COLUMBIA RECORDS, INC.; JOSE )
LUIS RODRIGUEZ GONZALEZ;[1] THE )
ESTATE OF JUAN FERNANDO )
SILVETTI a/k/a "Bebu" Silvetti; BEBU )
MUSIC PUBLISHING; and BEBU )
MUSIC PRODUCTIONS, INC.[2] )

O R D E R

Pursuant to the order entered May 30, 2014 (Docket Entry No. 105), a telephone conference call with counsel for the parties and the Court was scheduled on June 12, 2014, and rescheduled to June 16, 2014, at which time plaintiff's counsel advised that settlement did not appear likely and that he intended to move to withdraw.

Counsel for the defendants advised that he will provide updated financial information to the plaintiff within 30 days.

Counsel for the parties shall convene another telephone conference call with the Court on **Monday, June 30, 2014, at 9:00 a.m., central time,** to be initiated by defendants' counsel, to address scheduling the case for trial and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By notice of voluntary dismissal filed on July 16, 2010 (Docket Entry No. 40), and order entered July 19, 2010 (Docket Entry No. 41), the plaintiff's claims against defendant Jose Luis Rodriguez Gonzalez were dismissed with prejudice.

[2] By stipulation filed on March 2, 2011 (Docket Entry No. 48), and order entered March 7, 2011 (Docket Entry No. 50), the Estate of Juan Fernando Silvetti a/k/a "Bebu" Silvetti, Bebu Music Publishing, and Bebu Music Productions, Inc. were dismissed as defendants in this case.