IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICARDO DANIEL CASTRONUOVO )
)
v. ) No. 3-10-0428
)
SONY MUSIC ENTERTAINMENT, )
INC; SONY BMG MUSIC )
ENTERTAINMENT, INC.; SONY BMG )
MUSIC ENTERTAINMENT (US )
LATIN), LLC; SONY DISCOS, INC.; )
SONY MUSIC INTERNATIONAL; )
COLUMBIA RECORDS, INC.; JOSE )
LUIS RODRIGUEZ GONZALEZ;[1] THE )
ESTATE OF JUAN FERNANDO )
SILVETTI a/k/a "Bebu" Silvetti; BEBU )
MUSIC PUBLISHING; and BEBU )
MUSIC PRODUCTIONS, INC.[2] )

O R D E R

Pursuant to the order entered June 23, 2014 (Docket Entry No. 107), counsel for the parties called the Court on June 30, 2014, at which time the following matters were addressed:

1. The defendants have provided the plaintiff with updated financial information and will serve supplemental Rule 26(a)(1) disclosures.

2. Plaintiff's counsel reaffirmed his intent to move to withdraw. A motion to withdraw was filed on July 7, 2014 (Docket Entry No. 108).

In consultation with the office of the Honorable Kevin H. Sharp, a jury trial is now scheduled on **Tuesday, June 30, 2015, at 9:00 a.m.,** in Courtroom A-826, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties estimate that the trial will last 2-3 days.

---

[1] By notice of voluntary dismissal filed on July 16, 2010 (Docket Entry No. 40), and order entered July 19, 2010 (Docket Entry No. 41), the plaintiff's claims against defendant Jose Luis Rodriguez Gonzalez were dismissed with prejudice.

[2] By stipulation filed on March 2, 2011 (Docket Entry No. 48), and order entered March 7, 2011 (Docket Entry No. 50), the Estate of Juan Fernando Silvetti a/k/a "Bebu" Silvetti, Bebu Music Publishing, and Bebu Music Productions, Inc. were dismissed as defendants in this case.

The pretrial conference is also scheduled before Judge Sharp on **Monday, June 15, 2015, at 1:30 p.m.,** in Courtroom A-826.

The parties' obligations prior to the pretrial conference will be set forth by separately entered order.

Plaintiff's counsel shall ensure that the plaintiff receives a copy of this order.

It is so ORDERED.

                                                    JULIET GRIFFIN
                                                    United States Magistrate Judge